IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| ANDREA JACKSON, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 6:18-cv-00318-DCC |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | ) ) **ORDER** ) ) |
| Defendant. | ) ) |

**THIS MATTER COMES BEFORE THE COURT** by way of the Parties' joint motion to amend the ERISA Case Management Order to extend the current deadlines for mediation and for filing of the Joint Stipulation and motions for judgment. For good cause shown, the motion is GRANTED.

The deadline for completion of mediation is extended through July 13, 2018. The deadline to file the Joint Stipulation and the Parties' respective memoranda for judgment is extended through August 13, 2018. Optional relies are due five (5) days thereafter.

**IT IS SO ORDERED.**

                                                    s/Donald C. Coggins, Jr.
                                                    The Honorable Donald C. Coggins, Jr.
                                                    United States District Judge

Date: June 7, 2018
Spartanburg, South Carolina